Alexander G. Calfo (SBN 152891)
alexander.calfo@btlaw.com
Kelley S. Olah (SBN 245180)
kelley.olah@btlaw.com
Gabrielle Anderson-Thompson, (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."); JOHNSON & JOHNSON SERVICES, INC.; DEPUY INTERNATIONAL, LIMITED (erroneously sued as DePuy International, Ltd)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE KATES,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  CV13-3253-~~KAW~~ EMC<br><br>**[PR~~OPOSE~~D] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:    None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff SUE KATES and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   CV13-3253-KAW

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1  THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL
2  CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,
3  files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:
4      1.    The Parties' request for a stay of proceedings is GRANTED;
5      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
7  Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.
8      3.    Deadlines relating to any outstanding responsive pleading are extended pending
9  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
10 to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
11 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
12 may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/23, 2013

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Edward M. Chen